

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00109-CV

Larry Mark Polsky, Esq.
v.
Sheriff Eric Garza and Cameron County

On Appeal from the
445th District Court of Cameron County, Texas
Trial Court Cause No. 2017-DCL-01166-I

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the district court should be affirmed. The Court orders the judgment of the district court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

April 20, 2023